14

Submitted on record and briefs May 27, fine vacated; otherwise affirmed June 29, 1988

STEPHEN ANDERSON,
*Petitioner,*

*v.*

OREGON STATE CORRECTIONAL INSTITUTION,
*Respondent.*

(7-583F; CA A45842)

756 P2d 1271

Gary D. Babcock, Public Defender, Salem, filed the brief for petitioner.

Dave Frohnmayer, Attorney General, Salem, filed the brief for respondent. With him on the brief were Virginia L. Linder, Solicitor General, Scott McAlister, Assistant Attorney General, and Philip Schradle, Assistant Attorney General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of a final order of the Superintendent which required him to serve three months in segregation and pay a $20 fine for a violation.

Based on respondent's concession that, under *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988), the fine was erroneous, we vacate the fine.

Fine vacated; otherwise affirmed.